**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TIMESHA BEATTIE, | § | |
| | § | |
| *Plaintiff*, | § | Civ. A. No.:_____ |
| | § | |
| v. | § | |
| | § | |
| WSB ENGINEERING, L.L.C., | § | (State Cause No. 2024-22047) |
| | § | |
| *Defendant*. | § | |

---

### NOTICE OF REMOVAL

---

Defendant WSB LLC, misnamed as WSB Engineering, L.L.C. ("Defendant"), files this Notice of Removal of Plaintiff Timesha Beattie's ("Plaintiff") Original Petition to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1441(a) because Plaintiff asserts federal claims which could have been filed in this Court.

### I.     The State Court Proceedings

1.     Plaintiff's claims arise from her former employment with Defendant.

2.     On April 8, 2024, Plaintiff filed her Petition against Defendant in the 55th Judicial District Court of Harris County, Texas. The clerk assigned her case cause number 2024-22047. Exhibits A (Executed Process) and B (the Original Petition).

3.     Plaintiff's Petition asserts a federal claim under Title VII of the Civil Rights Act of 1964 U.S.C. § 2000e-2(a) and the Americans with Disabilities Act § 42 U.S.C. 12203.  Exhibit B.

4.     Defendant's counsel accepted service of citation on or about April 17, 2024 via email.

5.     No further proceedings have taken place in the state court.

6.     The time within which Defendant is required to file this Notice of Removal has not expired, 28 U.S.C. § 1446(b).

## II.     Plaintiff's Lawsuit Presents a Federal Question

7.     This Court has jurisdiction over Plaintiff's federal claim under 28 U.S.C. § 1331 and Plaintiff's state law claims under 28 U.S.C. § 1367.

8.     As noted above, Plaintiff asserts claims under Title VII of the Civil Rights Act of 1964 U.S.C. § 2000e-2(a) and the Americans with Disabilities Act § 42 U.S.C. 12203. *See* Exhibit B, Petition at ¶¶ 22-29.

9.     Plaintiff's Title VII of the Civil Rights Act of 1964 U.S.C. § 2000e-2(a) and the Americans with Disabilities Act § 42 U.S.C. 12203 claims are claims over which this Court has federal question jurisdiction under 28 U.S.C. § 1331 and which could have been filed in this Court. Thus, removal is proper pursuant to 28 U.S.C. § 1441.

10.     The Court has supplemental jurisdiction over Plaintiff's *Sabine Pilot* claim and her claims under the Texas Labor Code pursuant to 28 U.S.C. §1367, and these claims may be removed pursuant to 28 U.S.C. § 1441.

## III.     Additional Matters for Removal

11.     Under 28 U.S.C. §1441(a), venue lies in the United States District Court for the Southern District of Texas, Houston Division because the state action filed by Plaintiff was filed in this judicial district and division. Venue is proper in the Southern District of Texas, Houston Division because Harris County lies within the bounds of the Southern District.

12.     Pursuant to S.D. Tex. Local R. 81, this Notice of Removal is accompanied by copies of the following:

a.     All executed process in this case (Exhibit A);

b.      Plaintiff's Original Petition (Exhibit B)

c.      The state court docket sheet (Exhibit C);

d.      An index of documents being filed (Exhibit D); and

e.      A list of all counsel of record, including address, telephone numbers, and parties represented (Exhibit E).

13.     Defendant will promptly specially appear and file this Notice of Removal with the clerk of the state court in which this action has been pending by special appearance.

14.      This Notice of Removal has been served on all properly named parties to the removed case.

## IV.     Conclusion

Defendant prays that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in state court pursuant to 28 U.S.C. §§ 1441, 1367, and 1446.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**

*/s/  Carolyn Russell*
Carolyn Russell
Texas SBN: 24003913
SDTX No. 25141
One Allen Center
500 Dallas Street, Suite 2100
Houston, TX  77002
713.655.0855
713.655.0020 (Fax)
carolyn.russell@ogletreedeakins.com

**ATTORNEY-IN-CHARGE FOR
DEFENDANT**

3

**OF COUNSEL:**

Brooke E. Jones
Texas Bar No. 24107537
SDTX No. 3342076
Ogletree, Deakins, Nash,
  Smoak & Stewart, P.C.
One Allen Center
500 Dallas, Suite 2100
Houston, TX 77002
713.655-5776
713.655-0020 (Fax)
brooke.jones@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2024, the foregoing was submitted to be filed electronically with the Clerk of the Court using the CM/ECF system and was served in a manner consistent with the Federal Rules of Civil Procedure on the following party:

Darian L. Conston
Conston & Associates PLLC
attorneyconston@constonlaw.com
2626 S. Loop W. #520
Houston, Texas 77054

**ATTORNEY FOR PLAINTIFF**

*/s/ Carolyn Russell*
Carolyn Russell

4